**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-1783**

─────────────

FREDERICK E. MELVIN,

                              Plaintiff - Appellant,

        versus

THE KELLY SPRINGFIELD TIRE CORPORATION,

                              Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-99-599-5-BO)

─────────────

Submitted:  October 12, 2000          Decided:  October 18, 2000

─────────────

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Frederick E. Melvin, Appellant Pro Se.  Richard M. Wiggins, MCCOY, WEAVER, WIGGINS, CLEVELAND & RAPER, Fayetteville, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frederick E. Melvin appeals the district court's order granting the Defendant's motion for summary judgment on his employment discrimination complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Melvin v. Kelly Springfield Tire Corp., No. CA-99-599-5-BO (E.D.N.C. May 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED